## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>vs.<br><br>ALMA ROCIO FARIAS-DUARTE,<br><br>                           Defendant. | Case No. 21CR1735-JLS<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>SEP 01 2021<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY  AC           DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information: 8:1324(a)(1)(A)(ii)(v)(I),(a)(1)(B)(ii) – Conspiracy to Transport Certain Aliens (Felony)

Dated: 8/27/2021

Hon. Janis L. Sammartino
United States District Judge